GLASTONBURY PLUMBING & HEATING, INC.
v. RITA VALERIANO ET AL.
(3616)

BORDEN, DALY and BIELUCH, Js.

Submitted on briefs[1] February 4—decision released February 25, 1986

*Rita Valeriano,* pro se, the appellant (defendant) filed a brief.

*John D. LaBelle, Jr.,* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.

---

[1] This case was assigned for oral argument on February 4, 1986. On that date, the parties waived oral argument.